IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RICKLEFFS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SENIOR DEPUTY WARD,<br><br>　　　　Defendant. | No. C 14-5133 LHK (PR)<br><br>ORDER GRANTING IN PART MOTION FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTION<br><br>(Docket No. 12.) |

　　Plaintiff, a California state pretrial detainee proceeding *pro se*, filed a civil rights complaint under 42 U.S.C. § 1983. Plaintiff's complaint raises one cognizable claim that defendant violated plaintiff's right to due process. In the order of service, defendant was directed to file a dispositive motion or notice regarding such motion no later than November 20, 2015.

　　Defendant has filed a motion for an extension of time up to March 25, 2016, within which to file a dispositive motion. Defendant's motion is GRANTED in part. Defendant shall file a dispositive motion no later than **February 29, 2016.** Plaintiff shall file an opposition to defendant's dispositive motion no later than twenty-eight (28) days after the dispositive motion is filed. Defendant shall file a reply within fourteen (14) days after the opposition is filed. In light of the lengthy extension, absent exigent circumstances, no further requests for an extension of time to file a dispositive motion will be granted.

1  IT IS SO ORDERED.

2  DATED: November 30, 2015

                                                LUCY H. KOH
                                                United States District Judge