UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| JAMES RICKLEFFS, | No. 5:14-CV-05133 LHK (NJV) |
|     Plaintiff, | ORDER AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM |
| v. | |
| SENIOR DEPUTY WARD, et al., | |
|     Defendants. | |

It is hereby ordered that the Clerk of the Court issue a Writ of Habeas Corpus Ad Testificandum for the person of JAMES RICKLEFFS, inmate no. 631758, presently in custody at the San Francisco County Jail, as the presence of said witness will be necessary at proceedings in the above-entitled cause and thereafter as may be required

Dated: January 25, 2017

_____
NANDOR J. VADAS
United States Magistrate Judge

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO:   Head Jailer, San Francisco County Jail

<u>GREETINGS</u>

WE COMMAND that you have and produce the body of JAMES RICKLEFFS, inmate no. 631758, in your custody in the hereinabove-mentioned institution, before the United States District Court in Courtroom D of the Federal Courthouse at 450 Golden Gate Avenue, San Francisco, at 10:00 a.m., on March 21, 2017, in order that said prisoner may then and there participate in the SETTLEMENT

CONFERENCE in the matter of Rickleffs v. Ward, et al, and at the termination of said hearing return him forthwith to said hereinabove-mentioned institution, or abide by such order of the above-entitled Court as shall thereafter be made concerning the custody of said prisoner, and further to produce said prisoner at all times necessary until the termination of the proceedings for which his testimony is required in this Court;

      Witness the Honorable Nandor J. Vadas, Magistrate Judge of the United States District Court for the Northern District of California.

Dated: January 25, 2017

                                 SUSAN Y. SONG
                                 CLERK, UNITED STATES DISTRICT COURT

                                 By: Linn Van Meter
                                      Administrative Law Clerk

Dated: January 25, 2017                  _____
                                         NANDOR J. VADAS
                                         United States Magistrate Judge